# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
-------------------------------------------------------------x

Erik Ludwig

            Plaintiff/Petitioner,

   - against -

Genpact Services LLC

            Defendant/Respondent.
-------------------------------------------------------------x

Index No. 603126/19

REC'D - DRAPER
JUN 13 2019

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because:**

   1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

   2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 6/12/19

Mitchell L. Pashkin, Esq.

Name                                                    Address


Firm Name


                                                        Phone


                                                        E-Mail


To: _____

    _____

    _____


6/6/18

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

ERIK LUDWIG,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

       Plaintiff,

-against-

GENPACT SERVICES LLC,
AND SYNCHRONY BANK,

       Defendants.

INDEX NO. 603126/2019
FILING DATE: 02/14/19

**SUMMONS**
**WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's residence

---

To the above named Defendant(s):

  You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 14th day of February 2018, together with the costs of this action and attorney's fees.

  TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. and NY GBL 349 based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 14th day of February 2018, together with the costs of this action and attorney's fees.

Dated:        February 14, 2019

/s/
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

SYNCHRONY BANK
P.O. Box 965004
Orlando, FL 32896-5004

11939
K202

02/14/2018

ERIK LUDWIG
194 YAPHANK AVE
YAPHANK NY 11980-9732

RE: GapCard
Account Number Ending in: 3455
Total Balance as of 02/14/2018: $1,709.15
Amount Due as of 02/14/2018: $509.00

## CALL Genpact Services LLC
## 1-877-828-1860

**This is an important notice regarding your delinquent account. Call the number above as soon as possible to discuss your payment options. Failure to respond promptly could result in further steps being taken to collect the debt.**

Dear ERIK LUDWIG,

Your account is now severely past due. Multiple attempts have been made to reach you. Please call to discuss payment options before we take additional steps to collect this debt. For details, **please respond by 03/06/2018**. For more information on payment options, call the number above today.

**If you do not respond, we will consider additional options to pursue collection of this debt.**

To resolve this issue, contact Genpact Services LLC, the collection agency handling your account, at 1-877-828-1860. You have the option to pay your bill online. It is private and secure.

**Log-on to: eservice.gap.com**

Mail payments to:

SYNCHRONY BANK / GapCard
PO BOX 530942
ATLANTA, GA 30353-0942

*Please see reverse side for important information*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by SYNCHRONY BANK

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

NYSCEF DOC. NO. 2 RECEIVED NYSCEF: 02/13/2019
Case 2:19-cv-04068-PKC-GXB   Document 1-1   Filed 07/15/19   Page 10 of 13 PageID #: 15

If you have disputed this debt, please disregard this letter.

Sincerely,

SYNCHRONY BANK

If you pay the balance shown above, an additional payment may be necessary to pay your account balance in full. Because of interest, late charges, credits or charges that may vary from day to day, the amount due on the day you pay may differ. For further information, call 1-877-828-1860.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been

Index No. 603126/2019

ERIK LUDWIG,
ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                Plaintiff(s),

-vs-

GENPACT SERVICES LLC,
AND SYNCHRONY BANK,

                Defendant(s).

### SUMMONS WITH NOTICE

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY 11743
(631) 335-1107

Case 2:19-cv-04068-PKC-GXB    Document 1-1    Filed 07/15/19    Page 13 of 13 PageID #: 18