UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK LUDWIG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>GENPACT SERVICES, LLC and SYNCHRONY BANK,<br><br>    Defendants. | No.: 1:19-CV-04068<br><br>**NOTICE OF DEFENDANT SYNCHRONY BANK'S <u>MOTION TO COMPEL ARBITRATION</u>** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 15, 2019, and all exhibits attached thereto, counsel for Defendant Synchrony Bank ("Synchrony") will move this Court, at the United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, at a time and date to be determined by the Court, for an Order to Compel Arbitration in accordance with the express terms of the contract between Synchrony and Plaintiff Erik Ludwig ("Plaintiff"), and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
    July 15, 2019    Respectfully Submitted,

              **REED SMITH LLP**

              By: /s/ *Melissa A. Brown*
                Melissa A. Brown
              599 Lexington Avenue
              New York, New York 10022
              Tel. (212) 521-5400
              Fax. (212) 521-5450
              mabrown@reedsmith.com

              *Attorneys for Defendant Synchrony Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2019, a true and correct copy of the foregoing was electronically filed through CM/ECF and served by U.S. Mail on:

>Mitchell L. Pashkin, Esq.
>775 Park Avenue, Suite 255
>Huntington, NY 11743
>*Counsel for Plaintiff*

By:  */s/ Melissa A. Brown*
Melissa A. Brown, Esq.
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Fax: (212) 521-5450

*Counsel for Defendant*
*Synchrony Bank*