## COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 859

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 23 2019   ★

LONG ISLAND OFFICE
```

Date:

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 603126-19, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,


Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator


19cv4068 (JS)(GRB)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original

**CLERKS MINUTES NYSCEF**

filed in my office on **07/18/2019**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **7/18/2019** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL

| | NYSCEF | **Document List** | |
|---|---|---|---|
| | Suffolk County Supreme Court | **Index #  603126/2019** | Created on:07/18/2019 04:34 PM |

Case Caption:   ERIK LUDWIG v. GENPACT SERVICES LLC et al

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 02/14/2019 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 02/14/2019 | Pashkin, M. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>NOTICE OF FILING OF NOTICE OF REMOVAL | Processed | 07/15/2019 | Brown, M. |
| 4 | EXHIBIT(S)<br>NOTICE OF REMOVAL (EDNY) | Processed | 07/15/2019 | Brown, M. |

SUPREME COURT OF THE STATE OF NEW YORK
SUFFOLK COUNTY

|  |  |
|---|---|
| ERIK LUDWIG, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> -against- <br><br> GENPACT SERVICES LLC, and SYNCHRONY BANK, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Index No. 603126/2019 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on this date Defendant Synchrony Bank, by counsel, filed a Notice of Removal in the above-captioned matter in the United States District Court for the Eastern District of New York. A copy of the Notice of Removal is attached hereto as **Exhibit A**.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

Dated: July 15, 2019
       New York, New York

                                        Respectfully submitted,

                                    By: /s/ Melissa A. Brown
                                        Melissa A. Brown, Esq.
                                        REED SMITH LLP
                                        599 Lexington Avenue, 22nd Floor
                                        New York, NY 10022
                                        Telephone: (212) 521-5400
                                        Fax: (212) 521-5450

                                        *Counsel for Defendant*
                                        *Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2019, a true and correct copy of the foregoing was served via first-class U.S. Mail, postage prepaid, upon the following:

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
*Counsel for Plaintiff*

By: */s/ Melissa A. Brown*
Melissa A. Brown, Esq.
REED SMITH LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Fax: (212) 521-5450

*Counsel for Defendant
Synchrony Bank*