UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Erik Ludwig,

                Plaintiff,

v.

Genpact Services LLC
Synchrony Bank.

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
19-CV-4068 (PKC) (GRB)

An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on December 16, 2019, dismissing this action with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); it is

ORDERED and ADJUDGED that this action is dismissed with prejudice, for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Dated: Brooklyn, New York
       January 15, 2020

Douglas C. Palmer
Clerk of Court

By:   */s/Jalitza Poveda*
       Deputy Clerk